UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIOM L. EDWARDS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DEP. JONES, et al.,<br><br>                    Defendants. | 1:21-CV-5477 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 26, 2021, the Court directed Plaintiff, who appears *pro se* and is currently incarcerated, within 30 days, to show cause by declaration why the Court should not deny his *in forma pauperis* ("IFP") application under the three-strikes provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). On August 17, 2021, the Court received a letter from Plaintiff in which he requests an extension of time, until September 29, 2021, to comply with the Court's July 26, 2021 order. The Court grants Plaintiff's request for an extension of time. Plaintiff must comply with the Court's July 26, 2021 order by September 29, 2021.

If Plaintiff fails to comply by the extended deadline, the Court will regard Plaintiff as barred under Section 1915(g) from filing federal civil actions IFP while he is a prisoner, and the Court will dismiss this action without prejudice.

The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 19, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge